## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Tawanna Macon v. Bayer Healthcare Pharmaceuticals, Inc., et al.*        No. 11-cv-12833-DRH

### <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 16, 2014 (Doc. 9), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


                    **NANCY J. ROSENSTENGEL,**
                    **CLERK OF COURT**

                    BY:__/s/*Sara Jennings*_____
                        **Deputy Clerk**

**Dated:**  January 21, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.21
15:36:37 -06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT